No. A–793. BAKER ET AL., TRUSTEES OF PENN CENTRAL TRANSPORTATION CO. *v.* UNITED STATES ET AL. D. C. E. D. Pa. Application for stay presented to MR. JUSTICE

BRENNAN, and by him referred to the Court, denied.